**FILED**

Thursday, 12 May, 2005 10:16:17 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT

FOR THE <u>NORTHERN</u>     DISTRICT OF ILLINOIS

MAR 18 2005

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

<u>PEOPLE OF THE STATE OF ILL.</u>            )
                        Plaintiff,          )
                                            )
                                            )
                                            )
v.                                          )     No. <u>91-CF-915</u>
                                            )
<u>DAVID A Moore</u>                          )
_____                 )     The Honorable
_____                 )     _____,
            Defendants.                     )     Judge Presiding.
                                            )

<u>NOTICE OF FILING</u> **05C 1602**

TO:

<u>PROCEEDING TO THE FEDERAL COURT</u>

**JUDGE ANDERSEN**

**MAGISTRATE JUDGE ASHMAN**

    **PLEASE TAKE NOTICE** that on or before the <u>13</u> day of
<u>MARCH</u>_____, <u>2005</u>, I shall file with the Clerk
of the U.S. District Court For The _____ District
of Illinois, the attached Plaintiff's _____

_____

a copy of which is hereby served upon you.

        By: <u>MOORE DAVID</u>
        Register Number <u>B35169</u>
        Post Office Box 711,
        Menard, Illinois  62259

<u>CERTIFICATE OF SERVICE</u>

    I, <u>David A. Moore</u>_____, being duly sworn aver
that I have served copies of the foregoing to the person named above
by placing such copies in the U.S. Mailbox at the Menard Correctional
Center on the <u>13</u> day of <u>MARCH</u>_____, <u>2005</u>; postage
prepaid. UNDER THE PENALTY OF PERJURY THE FOREGOING IS TRUE AND
CORRECT.

            _____
            Affiant/

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

**RECEIVED**

MAR 1 8 2005

United States of America ex rel.          )

DAVID A. MOORE  B35/69 )
(Full name and prison number)             )
(Include name under which convicted)      )
                                          )
                                          )
PETITIONER                                )
                                          )

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

CASE NO: 91-CF-915
(Supplied by Clerk of this Court)

        vs.  ALAN  UCHTMAN )
~~EUGENE  McADORY~~ )
(Warden, Superintendent, or authorized    )
person having custody of petitioner)      )
                                          )
RESPONDENT, and                           )
                                          )
(Fill in the following blank **only** if judgment )
attacked imposes a sentence to commence in the )
future)                                   )
                                          )
ATTORNEY GENERAL OF THE STATE OF          )
                                          )
~~Illinois~~ ILLINOIS )
(State where judgment entered)            )

**05C 1602**

JUDGE ANDERSEN
MAGISTRATE JUDGE ASHMAN

Case Number of State Court Conviction: NO.
GENERAL NO.
91-CF-915  NO. 3-01-0170

## PETITION FOR WRIT OF HABEAS CORPUS -- PERSON IN STATE CUSTODY

1.   Name and location of court where conviction entered: PEORIA COUNTY COURT House,

2.   Date of judgment of conviction: JULY 21 1992

3.   Offense(s) of which petitioner was convicted (list all counts with indictment numbers, if known)

3 COUNTS OF MURDER AND ONE COUNT OF BURGLARY

4.   Sentence(s) imposed: SEVENTY - YEAR TERM

5.   What was your plea? (Check one)     (X) Not guilty      ( )
                                         (B) Guilty          ( )
                                         (C) Nolo contendere ( )

If you pleaded guilty to one count or indictment and not guilty to another count or indictment, give details:

## PART I -- TRIAL AND DIRECT REVIEW

1. Kind of trial: (Check one):    Jury (X)        Judge only ( )

2. Did you testify at trial?    YES (X)        NO    ( )

3. Did you appeal from the conviction or the sentence imposed? YES (X)   NO ( )

   (A) If you appealed, give the                              (AM, FRANK RALPH)

       (1) Name of court: _FILED NOTICE OF APPEAL (10TH JUDICIAL COURT, PEORIA, ILLINOIS_

       (2) Result: _VACATED TWO OF THE THREE COUNTS OF MURDER_

       (3) Date of ruling: _OCTOBER 21, 1994_

       (4) Issues raised: _RULE 23 ORDER VACATED TWO OF THE_
   _THREE MURDER CONVICTIONS BUT OTHERWISE AFFIRMING_
   _THE JUDGEMENT OF CONVICTION AND SENTENCE_

   (B) If you did not appeal, explain briefly why not:

   _____

4. Did you appeal, or seek leave to appeal, to the highest state court?   YES (X)    NO ( )

   (A) If yes, give the                                   AM. BAILEY

       (1) Result  _DISSMISSED 1ST POST - CONVICTION_

       (2) Date of ruling: _MAY 15 1998_

       (3) Issues raised: _THE STATE SUBSEQUENTLY FILED A MOTION TO DISMISS ARGUING_
   _THAT DEFENDANTS PETITION, FILED WITH ASSISTANCE OF COUNSEL, OFFERED NO_
   _AFFIDAVITS, RECORDS OR OTHER EVIDENCE SUPPORTING THE ALLEGATIONS INCLUDING NO_
   _AFFIDAVITS FROM WITNESS UPON WHOSE CLAIMS MUCH OF THE PETITION ~~BASELY~~ RELIED._

   (B) If no, why not: _____

5. Did you petition the United States Supreme Court for a writ of *certiorari*?   Yes ( )   No (X)

   If yes, give (A) date of petition: _____ (B) date *certiorari* was denied: _____

2

## PART II -- COLLATERAL PROCEEDINGS

1. With respect to this conviction or sentence, have you filed a post-conviction petition in state court?

YES (X)    NO ( )                                          (ATT. ROBERT AGOSTINELLI)

With respect to *each* post-conviction petition give the following information (use additional sheets if necessary):

A.   Name of court:  STATE OF ILLINOIS APPELLATE COURT 3RD DISTRICT, OTTAWA

B.   Date of filing:  ~~June 22, 1998~~ ~~September 18, 2003~~ JUNE 22 1998

C.   Issues raised:  ~~1st post-conviction~~ ~~Dismissed~~ ~~on No~~
     ~~2nd post~~ ~~evidence~~
     DISSMISSED MOTION TO WITHDRAW FEBRUARY 22, 1999

D.   Did you receive an evidentiary hearing on your petition?    YES (X)    NO (X)

E.   What was the court's ruling?  DISSMISSED

F.   Date of court's ruling:  FEBUARY 22 1999

G.   Did you appeal from the ruling on your petition?    YES (X)    NO (X)

H.   (a) If yes,    (1) what was the result?  AS. DISSMISSED

            (2) date of decision:  FEBUARY 21, 2001

     (b) If no, explain briefly why not:  _____  (PRO-SE)
ALSO FILE HABEAS CORPUS PITITION (APPRENDI) FEBUARY 21, 2001

I.   Did you appeal, or seek leave to appeal this decision to the highest state court?  (DISSMISSED)

     YES (X)    NO ( )                              (ATT. KENNETH BROWN)

     (a) If yes,    (1) what was the result?  DISSMISSED ILLINOIS SUPREME COURT

            (2) date of decision:  ~~SEPTEMBER 18, 2003~~ JANUARY 30, 2004

     (b) If no, explain briefly why not:  _____

                         PITITION OF LEAVE TO APPEAL

3

2.  With respect to this conviction or sentence, have you filed a petition in a **state court** using any other form of post-conviction procedure, such as *coram nobis* or habeas corpus?   YES (X)        NO ( )

    A.  If yes, give the following information with respect to each proceeding (use separate sheets if necessary):

        1.  Nature of proceeding   HABEAS CORPus  (PRO-SE)

        2.  Date petition filed   ~~FEB. 21 2001~~ JANUARY 18, 2001

        3.  Ruling on the petition   DISMISSED

        3.  Date of ruling   ~~SEPTEMBER 18, 2003~~ JANUARY 30 2001

~~DISMISSED~~  4.  If you appealed, what was   ~~FILED FEB. 21 2001~~ ON APPEAL AND
        the ruling on appeal?   ~~APPEALED TO BROWN~~ TO ILLINOIS SUPREME COURT

        5.  Date of ruling on appeal   JAN 30  2004

        6.  If there was a further appeal,
        what was the ruling ?   ~~DISMISSED (N/A)~~

        7.  Date of ruling on appeal _____

3.  With respect to this conviction or sentence, have you filed a previous petition for habeas corpus in **federal court**?
        YES ( )   NO (X)

    A.  If yes, give name of court, case title and case number: _____

    _____

    B.  Did the court rule on your petition?  If so, state

        (1) Ruling: _____

        (2) Date: _____

4. **WITH RESPECT TO THIS CONVICTION OR SENTENCE, ARE THERE LEGAL PROCEEDINGS PENDING IN ANY COURT, OTHER THAN THIS PETITION?**

YES ( )   NO (X)

If yes, explain: _____

_____

4

## PART III -- PETITIONER'S CLAIMS

1. State briefly every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. You may attach additional pages stating additional grounds and supporting facts. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds later.

**BEFORE PROCEEDING IN THE FEDERAL COURT, YOU MUST ORDINARILY FIRST EXHAUST YOUR STATE COURT REMEDIES WITH RESPECT TO EACH GROUND FOR RELIEF ASSERTED.**

(A) Ground one _David Moore #B35169 P.O Box 711 MENARD ILL 62295-0711_
Supporting facts (tell your story briefly without citing cases or law):

_I Would Wish and Pray That the Federal Courts Would look over my Case in supporting Me in any Manner That may be wrongfully done in my Case. As I am dumbfounded in the laws and need your help badly. (Poor-Person) Many Thanks David a. Moore._

(B) Ground two _Peoria County case # 91-CF-915_
Supporting facts:

5

(C)  Ground three _____
     Supporting facts:

_____

_____

_____

_____

_____

_____

_____

(D)  Ground four _____
     Supporting facts:

_____

_____

_____

_____

_____

_____

_____

_____

2    Have all grounds raised in this petition been presented to the highest court having jurisdiction?
         YES (X)    NO ( )

3.   If you answered "NO" to question (16), state briefly what grounds were not so presented and why not:

_____

_____

6

## PART IV -- REPRESENTATION

Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(A)   At preliminary hearing _JERRY A. SERRITELLA, PEORIA_

(B)   At arraignment and plea _JERRY A. SERRITELLA, PEORIA_

(C)   At trial _JERRY A. SERRITELLA PEORIA_

(D)   At sentencing _JERRY A SERRITELLA PEORIA_

(E)   On appeal _FRANK RALF, ATTAWA_

(F)   In any post-conviction proceeding _MS. BAILEY PEORIA_

(G)   Other (state): _ROBERT AGOSTINELLY, KENNETH BROWN, ATTAWA_

## PART V -- FUTURE SENTENCE

Do you have any future sentence to serve following the sentence imposed by this conviction?

YES ( )   NO (X)

Name and location of the court which imposed the sentence: _____

Date and length of sentence to be served in the future _____

WHEREFORE, petitioner prays that the court grant petitioner all relief to which he may be entitled in this proceeding.

Signed on: _3/13/05_
_____(Date)_____

_Pro-se_
Signature of attorney (if any)

**I declare under penalty of perjury that the foregoing is true and correct.**

_Daniel A. Moore_
(Signature of petitioner)
_B35169_
(I.D. Number)
_P.O. Box 711, MENARD, ILL. 62259_
(Address)

7