FILED
MAR 18 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

PRISONER CASE

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

**Plaintiff(s):** UNITED STATES OF AMERICA ex rel DAVID A. MOORE

**Defendant(s):** ALAN UCHTMAN et al.,

County of Residence: Randolph

County of Residence:

Plaintiff's Atty:
David A. Moore B-35169
Menard Correctional Center
P.O. Box 711
Menard, IL 62259

Defendant's Atty:
Chief of Criminal Appeals -
Illinois Attorney General's Office
100 W. Randolph 12th Floor
Chicago, IL 60601

II. Basis of Jurisdiction: 3. Federal Question (U.S. not a party)

III. Citizenship of Principal Parties (Diversity Cases Only)
Plaintiff:- N/A
Defendant:- N/A

IV. Origin : 1. Original Proceeding

V. Nature of Suit: 530 Habeas Corpus General

VI. Cause of Action: 28:2254

JUDGE ANDERSEN
05C 1602
MAGISTRATE JUDGE ASHMAN

FILED
MAR 18 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

VII. Requested in Complaint
  Class Action:
  Dollar Demand:
  Jury Demand: **No**

VIII. This case **IS NOT** a refiling of a previously dismissed case.

**Signature:** L. Sprunger

**Date:** 3-18-05

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, print this form, sign and date it and submit it with your new civil action. **Note: You may need to adjust the font size**

http://10.205.15.104/PUBLIC/Forms/auto_js44.cfm                3/18/2005