

**MICHAEL W. DOBBINS**
CLERK

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**E-FILED**
Thursday, 12 May, 2005  12:20:34 PM
Clerk, U.S. District Court, ILCD

312-435-5671

May 9, 2005

Clerk's Office
United States. District Court
Central District of Illinois, Peoria Division
309 U.S. Courthouse
100 N.E. Monroe Street
Peoria, Illinois 61602

FILED
MAY 11 2005
JOHN M. W...
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

05-1141

Re:  David A. Moore vs. Alan Uchtman et al.
USDC No:   05cv1602

Dear Clerk:

Enclosed is the certified record which is being transferred to your court pursuant to an order entered by the Honorable Wayne R. Andersen on March 24, 2005. Enclosed is a certified copy of the transfer order and docket sheet, and original of document number three (3).

As of January 18, 2005 for civil and criminal cases, our court uses electronic case filing. You may access our electronic case file and print copies of electronically filed documents by following the procedures on the attached Instruction Sheet. You will need Adobe Acrobat reader loaded on your computer in order to view the documents. If you are an electronic court, you may upload the documents. All documents filed prior to electronic filing are included in this transfer package. (January 18, 2005 for civil and criminal cases)

Please **DO NOT MAKE THE ENCLOSED INSTRUCTION SHEET A PART OF THE OFFICIAL RECORD** as it contains your login and password to our system. This login and password should not be shared with anyone other than federal court personnel who would have a need to access our electronic case file system.

Please acknowledge receipt on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

By:  C. Mercado
Deputy Clerk

Enclosures

New Case No. _____     Date _____

Case 1:05-cv-01602 Document 4 Filed 03/24/2005 Page 1 of 1

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | WAYNE R. ANDERSEN | Sitting Judge If Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 05 C 1602 | DATE | MARCH 24, 2005 |
| CASE TITLE | United States ex rel. David A. Moore (B-35169) v. Alan Uchtman | | |

**DOCKET ENTRY TEXT:**

The court orders this petition transferred to the United States District Court for the Central District of Illinois at Peoria for preliminary consideration pursuant to Rule 4 of the Rules Governing Section 2254 Cases.

■[ For further details see text below.]

## STATEMENT

This case is a petition for a writ of habeas corpus brought to challenge petitioner's conviction in Peoria County, Illinois. Peoria County lies within the federal judicial district for the Central District of Illinois. Under 28 U.S.C. § 2241(d), a state prisoner is authorized to file a petition for a writ of habeas corpus in either the federal judicial district of his confinement or the federal judicial district of his conviction. Generally, given the ready availability of court records and, if necessary, potential witnesses, the district in which the prisoner was convicted is considered the more convenient of the two. *See Braden v. 30th Judicial Circuit Court*, 410 U.S. 484, 493-94 (1973). Accordingly, finding the district of conviction a more desirable forum for this action, the court, pursuant to the discretion granted it under 28 U.S.C. § 2241(d), orders this action transferred to the United States District Court for the Central District of Illinois at Peoria for preliminary consideration under Rule 4 of the Rules Governing Section 2254 Cases.

Courtroom Deputy Initials:

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK
By C. Merinda
DEPUTY CLERK
U. S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
DATE: 5/9/05

Page 1 of 1

ASHMAN, CLOSED, PC, TRANSFER

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 2.4 (Chicago)
### CIVIL DOCKET FOR CASE #: 1:05-cv-01602
Internal Use Only

Moore v. Uchtman et al  
Assigned to: Honorable Wayne R. Andersen  
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 03/18/2005  
Jury Demand: None  
Nature of Suit: 530 Prisoner: Habeas Corpus  
Jurisdiction: Federal Question

**Petitioner**

**David A Moore**     represented by **David A Moore**  
B-35169  
Menard Correctional Center  
P.O. Box 711  
Menard, IL 62259  
PRO SE

V.

**Respondent**

**Alan Uchtman**

**Respondent**

**Attorney General of the State of Illinois**

Service List     represented by **Chief of Criminal Appeals**  
Attorney General's Office  
100 West Randolph - 12 Floor  
Chicago, IL 60601  
*ATTORNEY TO BE NOTICED*

**Prisoner Correspondence - Internal Use Only**  
Email: Prison1_ILND@ilnd.uscourts.gov  
*ATTORNEY TO BE NOTICED*

A TRUE COPY-ATTEST  
MICHAEL W. DOBBINS, CLERK  
By C. Mercado  
DEPUTY CLERK  
U. S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS  
DATE: 5/9/05

| Date Filed | # | Docket Text |

| | | |
|---|---|---|
| 03/18/2005 | 1 | RECEIVED Petition and no copies by Petitioner David A Moore (ar, ) (Entered: 03/23/2005) |
| 03/18/2005 | 2 | CIVIL Cover Sheet (ar, ) (Entered: 03/23/2005) |
| 03/18/2005 | 3 | POST MARKED envelope for initiating document by David A Moore (aew, ) (Entered: 03/24/2005) |
| 03/24/2005 | 4 | MINUTE entry before Judge Wayne R. Andersen : The court orders this petition transferred to the United States District Court for the Central District of Illinois at Peoria for preliminary consideration pursuant to Rule 4 of the Rules Governing Section 2254 Cases. Civil case terminated. (For further detail see order). Mailed notice (ar, ) Modified on 3/29/2005 (ar, ). (Entered: 03/29/2005) |
| 05/09/2005 | 5 | TRANSFERRED to the Central District of Illinois, Peoria, original of document number three (3), and certified copy of transfer order, and docket sheet via certified mail number 7004 2510 0001 9751 6163. (cem) (Entered: 05/09/2005) |