# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

**JUDGMENT IN A CIVIL CASE**

FILED
AUG 1 2 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

David A. Moore

vs.

Case Number: 05-1141

Alan Uchtman and
Attorney General of the State of Illinois

**DECISION BY THE COURT.** This action came before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Judgment is entered denying Petitioner's Petition for Writ of Habeas Corpus Pursuant to 28 USC 2254.

ENTER this 12th day of August, 2005

John M. Waters
JOHN M. WATERS, CLERK

s/R. Knox
_____
BY: DEPUTY CLERK

05-1141.wpd